IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDERSON CASTILLO, *et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>BEAURAYNE BUILDERS LLC,<br>GALINDO Z CONSTRUCTION LLC,<br><br>    Defendants. | Case No.: 19-871 |

## NOTICE OF SETTLEMENT

Plaintiffs, through counsel, submit that they settled this case and will submit a motion to approve the settlement and a motion to consolidate the above action with *Oscar Valle, et al., v Beaurayne Builders LLC, et al.*, case number 3:17-cv-00274.

*Respectfully submitted:*

*/s/ William H. Beaumont*
BEAUMONT COSTALES LLC
William H. Beaumont (#33005)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*whb@beaumontcostales.com*

1